**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____    Chapter ___11___

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | Tantive GIV LLC | |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 87-3835272 | |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 7270 NW 12th Street, Suite 760<br>Miami, FL 33126 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Miami-Dade | **Location of principal assets, if different from principal place of business** |
| County | Opa-Locka Airport: 4280 NW 147th Terrace<br>Opa-locka, FL 33054 |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   Tantive GIV LLC                                                                  Case number (if known) _____
              Name

**7.   Describe debtor's business**        A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

---

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. Check **all** that apply:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

| District | When | Case number |
|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

---

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
☒ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | Profundity, LLC | | Relationship | affiliate |
|---|---|---|---|---|
| District | SD Fla. | When 8/23/2023 | Case number, if known | 23-16720 |

| Debtor | Naboo Royal Cruiser, LLC | | Relationship | affiliate |
|---|---|---|---|---|
| District | DS Fla. | When 8/23/2023 | Case number, if known | 23-16725 |

Debtor  Tantive GIV LLC
_____     Case number (if known) _____
Name

---

**11. Why is the case filed in this district?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

---

### ▮ Statistical and administrative information

**13. Debtor's estimation of available funds**          .

Check one:

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | Tantive GIV LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___August 24, 2023___
MM / DD / YYYY

X _____
Signature of authorized representative of debtor

Eugene Kesselman
Printed name

Title ___CEO of Managing Member___

**18. Signature of attorney**

X _____
Signature of attorney for debtor

Date ___August 24, 2023___
MM / DD / YYYY

Brett Lieberman
Printed name

Edelboim Lieberman Revah PLLC
Firm name

20200 W. Dixie Hwy
Suite 905
Miami, FL 33180
Number, Street, City, State & ZIP Code

Contact phone ___305-768-9909___    Email address ___brett@elrolaw.com___

FL    69583
Bar number and State

**Fill in this information to identify the case:**

Debtor name    Tantive GIV LLC

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.**   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒   *Schedule H: Codebtors* (Official Form 206H)
☒   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☒   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    August 24, 2023      X _____
                                              Signature of individual signing on behalf of debtor

                                     Eugene Kesselman
                                     Printed name

                                     CEO of Managing Member
                                     Position or relationship to debtor

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Tantive GIV LLC |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).   Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Prime Jet Charter US 8123 InterPort Blvd. Suite H Englewood, CO 80112 | | Judgment of Lien | Disputed | | | $242,379.61 |
| TapJets Holdings, Inc. 7270 NW 12th Street Suite 760 Miami, FL 33126 | | Trade debt | | | | $880,000.00 |
| TapJets Holdings, Inc. 7270 NW 12th Street Suite 760 Miami, FL 33126 | | Trade debt | | | | $470,799.44 |
| TapJets Inc. 3707 Cypress Creek Parkway Suite 103 Houston, FL 77168 | | Trade debt | | | | $16,217.98 |
| Techno Coatings, Inc. 1865 NE 144th Street, North Miami, FL 33181 | | Unpaid Service Fees | | | | $44,759.25 |
| Wisetouch Interiors, Inc. 12815 NW 45th Ave Unit 1 Opa Locka, FL 33054 | | Unpaid Service Fees | Disputed | | | $231,816.00 |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name  Tantive GIV LLC

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
Copy line 88 from *Schedule A/B*.................................................................................. $          0.00

    1b. **Total personal property:**
Copy line 91A from *Schedule A/B*................................................................................ $     3,325,348.48

    1c. **Total of all property:**
Copy line 92 from *Schedule A/B*................................................................................... $     3,325,348.48

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $     3,550,000.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................ $          0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$     1,885,972.28

4. **Total liabilities** .................................................................................................
Lines 2 + 3a + 3b          $     5,435,972.28

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __Tantive GIV LLC__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF FLORIDA__

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Truist | Checking | 3947 | $36.00 |
| 3.2. | Truist | Checking | 3939 | $39.47 |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          $75.47

### Part 2:   Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

☒ No.  Go to Part 3.
☐ Yes Fill in the information below.

### Part 3:   Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☒ Yes Fill in the information below.

11.   **Accounts receivable**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    Tantive GIV LLC                                          Case number *(If known)* _____
          Name

| | 11a. 90 days old or less: | 96,345.15 | - | 0.00 | = .... | $96,345.15 |
|---|---|---|---|---|---|---|
| | | face amount | | doubtful or uncollectible accounts | | |

| | 11b. Over 90 days old: | 228,927.86 | - | 0.00 | =.... | $228,927.86 |
|---|---|---|---|---|---|---|
| | | face amount | | doubtful or uncollectible accounts | | |

**12.   Total of Part 3.**
Current value on lines 11a + 11b = line 12.   Copy the total to line 82.

$325,273.01

---

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

☒ No.   Go to Part 5.
☐ Yes Fill in the information below.

---

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.   Go to Part 6.
☐ Yes Fill in the information below.

---

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.   Go to Part 7.
☐ Yes Fill in the information below.

---

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No.   Go to Part 8.
☐ Yes Fill in the information below.

---

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.   Go to Part 9.
☒ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.   Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48.   Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| **49.   Aircraft and accessories** | | | |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

Debtor    Tantive GIV LLC                                     Case number *(If known)*
          Name

| 49.1. | One (1) G-IV 1988 Gulfstream Aerospace aircraft bearing manufacturer's serial number 1079, registration number N794MH with two (2) TAY MK611-8 engines installed on the airframe, bearing serials numbers 16273 and 16285, one GTCP 36-100 Honeywell APU bearing serial number P-512, together with all avionics, accessories or other equipment and documentation attached thereto or directly associated therewith. | $4,500,000.00 | Liquidation | $3,000,000.00 |

50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51.    **Total of Part 8.**

       Add lines 47 through 50.   Copy the total to line 87.                           $3,000,000.00

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ☒ No
       ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ☒ No
       ☐ Yes

| Part 9: | **Real property** |

54. **Does the debtor own or lease any real property?**

    ☒ No.   Go to Part 10.
    ☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☒ No.   Go to Part 11.
    ☐ Yes Fill in the information below.

| Part 11: | **All other assets** |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.   Go to Part 12.
    ☒ Yes Fill in the information below.

                                                                    **Current value of debtor's interest**

71.    **Notes receivable**
       Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
       Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    Tantive GIV LLC
     Name

Case number *(If known)* _____

| | |
|---|---|
| potential causes of action against Prime Jet Charter US on various theories of relief including breach of contract, fraud, negligence, and others. | Unknown |
| **Nature of claim** | |
| **Amount requested** | |

---

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**

    Add lines 71 through 77. Copy the total to line 90.

$0.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☒ No
☐ Yes

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Debtor   Tantive GIV LLC
_____   Case number *(If known)* _____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $75.47 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $325,273.01 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $3,000,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9*...................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $3,325,348.48 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $3,325,348.48 |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name _Tantive GIV LLC_

United States Bankruptcy Court for the: _SOUTHERN DISTRICT OF FLORIDA_

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

### Part 1:   List Creditors Who Have Secured Claims

| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1** TAP JETS Holdings, Inc.

Creditor's Name

**Describe debtor's property that is subject to a lien**
One (1) G-IV 1988 Gulfstream Aerospace aircraft bearing manufacturer's serial number 1079, registration number N794MH with two (2) TAY MK611-8 engines installed on the airframe, bearing serials numbers 16273 and 16285, one GTCP 36-100 Honeywell APU bearing serial number P-512, together with all avionics, accessories or other equipment and documentation attached thereto or directly associated therewith.

Amount of claim: $3,550,000.00

Value of collateral: $3,000,000.00

7270 NW 12th Street Suite 760
Miami, FL 33126

Creditor's mailing address

**Describe the lien**
Security interest collateral for note

**Is the creditor an insider or related party?**
☐ No
☒ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
December 7, 2021
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**3.**   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$3,550,000.00

### Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name   and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

| Fill in this information to identify the case: |
|---|

Debtor name __Tantive GIV LLC__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF FLORIDA__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☒ No. Go to Part 2.
☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address**<br>Prime Jet Charter US<br>8123 InterPort Blvd. Suite H<br>Englewood, CO 80112 | $242,379.61 |
|  | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed |  |
|  | Date(s) debt was incurred __07/28/2023__      Basis for the claim: __Judgment of Lien__ |  |
|  | Last 4 digits of account number __74MH__      Is the claim subject to offset? ☒ No  ☐ Yes |  |

|  |  |  |
|---|---|---|
| **3.2** | **Nonpriority creditor's name and mailing address**<br>TapJets     Holdings,<br>Inc.  7270  NW  12th<br>Street Suite 760<br><br>Miami, FL 33126 | $880,000.00 |
|  | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |  |
|  | Date(s) debt was incurred __11/30/2021__      Basis for the claim: __Trade debt__ |  |
|  | Last 4 digits of account number __oan1__      Is the claim subject to offset? ☒ No  ☐ Yes |  |

|  |  |  |
|---|---|---|
| **3.3** | **Nonpriority creditor's name and mailing address**<br>TapJets     Holdings,<br>Inc.  7270  NW  12th<br>Street Suite 760<br><br>Miami, FL 33126 | $470,799.44 |
|  | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |  |
|  | Date(s) debt was incurred __12/06/2022__      Basis for the claim: __Trade debt__ |  |
|  | Last 4 digits of account number __oan2__      Is the claim subject to offset? ☒ No  ☐ Yes |  |

|  |  |  |
|---|---|---|
| **3.4** | **Nonpriority creditor's name and mailing address**<br>TapJets Inc.<br>3707 Cypress Creek Parkway<br>Suite 103<br>Houston, FL 77168 | $16,217.98 |
|  | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |  |
|  | Date(s) debt was incurred __06/13/2023__      Basis for the claim: __Trade debt__ |  |
|  | Last 4 digits of account number __ __      Is the claim subject to offset? ☒ No  ☐ Yes |  |

| Debtor | Tantive GIV LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $44,759.25 |
|---|---|---|---|

Techno Coatings, Inc.
1865 NE 144th Street, North
Miami, FL 33181

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 02/03/2022

**Basis for the claim:** Unpaid Service Fees

**Last 4 digits of account number** 521Q

Is the claim subject to offset? ☒ No   ☐ Yes

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $231,816.00 |
|---|---|---|---|

Wisetouch Interiors, Inc.
12815 NW 45th Ave
Unit 1
Opa Locka, FL 33054

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** 11/17/2022

**Basis for the claim:** Unpaid Service Fees

**Last 4 digits of account number** 24MH

Is the claim subject to offset? ☒ No   ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.   Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 1,885,972.28 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 1,885,972.28 |

**Fill in this information to identify the case:**

Debtor name          Tantive GIV LLC

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an
   amended filing

Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
     ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property*
     (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest — Business Contract, Charter Sales Revenue | |
| State the term remaining | TapJets, Inc. |
| List the contract number of any government contract | 3707 Cypress Creek Parkway Suite 103 Houston, TX 77068 |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest — Charter Lease Revenue (for notice purpose only) | |
| State the term remaining | |
| List the contract number of any government contract | Prime Jet US LLC 8123 Interport Blvd., Suite H Englewood, CO 80112 |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest — Aircraft Services Agreement, Aircraft Operations and Support (for notice purposes only) | |
| State the term remaining | |
| List the contract number of any government contract | Prime Jet Charter US 8123 InterPort Blvd. Suite H Englewood, CO 80112 |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name ___Tantive GIV LLC___

United States Bankruptcy Court for the: ___SOUTHERN DISTRICT OF FLORIDA___

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors 12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☒ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | _____ | Street _____<br>City    State    Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | _____ | Street _____<br>City    State    Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | _____ | Street _____<br>City    State    Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | _____ | Street _____<br>City    State    Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Tantive GIV LLC

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| From the beginning of the fiscal year to filing date:<br>From 01/01/2023 to Filing Date | ☒ Operating a business<br><br>☐ Other _____ | $0.00 |
| For prior year:<br>From 01/01/2022 to 12/31/2022 | ☒ Operating a business<br><br>☐ Other _____ | $103,575.00 |
| For year before that:<br>From 01/01/2021 to 12/31/2021 | ☒ Operating a business<br><br>☐ Other _____ | $0.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☒ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

| Debtor | Tantive GIV LLC | Case number *(if known)* | |
|---|---|---|---|

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | TapJets, Inc. | 06/05/2023<br>06/23/2023<br>06/26/2023 | $82,475.96 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☒ Services<br>☐ Other___ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☒ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Prime Jet US, LLC v. Tantive GIV, LLC<br>2023CV31122 | Breach of Contract/Lien | District Court, Arapahoe County, Colorado<br>7325 S. Potomac St.<br>Englewood, CO 80112 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

**Part 4:    Certain Gifts and Charitable Contributions**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

Debtor    Tantive GIV LLC _____     Case number *(if known)* _____

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Edelboim Lieberman Revah PLLC<br>20200 W. Dixie Highway, Suite 905<br>Miami, FL 33180 | Payment was made by Tapjets Inc. for the benefit of the Debtor, Tantive GIV, LLC . | 08/23/2023 | $25,000.00 |
| | **Email or website address**<br>www.elrolaw.com | | | |
| | **Who made the payment, if not debtor?**<br>Tapjets, Inc. | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ☒ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

---

**Part 7:    Previous Locations**

Debtor    Tantive GIV LLC _____    Case number *(if known)* _____

---

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| | |

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

---

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    Tantive GIV LLC                                                Case number *(if known)*

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

Debtor    Tantive GIV LLC                              Case number *(if known)*

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    Sharkey Abo Rodeffer & Associates, LLC<br>449 N. Pennsylvania, Ave.<br>Morrisville, PA 19067 | recently engaged to assist with preparation of tax returns |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None    Maria Tsenaeva-Kesselman
7270 NW 12th St. Suite 760
Miami, FL 33126

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| TapJets Holdings, Inc. | 7270 NW 12th Street Suite 760<br><br>Miami, FL 33126 | Managing Member | 100% ownership interest |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Eugene Kesselman | 7270 NW 12th Street, Suite 760<br>Miami, FL 33126 | CEO of Managing Member, TapJets Holdings, Inc. | 0 direct interest |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☒ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ No
☐ Yes. Identify below.

Debtor    Tantive GIV LLC _____    Case number *(if known)* _____

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
☒ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| TapJets Holdings Inc. | EIN: |
| | EIN: |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___August 24, 2023___

_____    Eugene Kesselman _____
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor ___CEO of Managing Member___

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

# United States Bankruptcy Court
## Southern District of Florida

In re   Tantive GIV LLC _____   Case No. _____
                                     Debtor(s)          Chapter    11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| TapJets Holdinsg, Inc. 7270 NW 12th Street Suite 760 <br><br> Miami, FL 33126 | Sole Member | | 100% member interest |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the CEO of Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   August 24, 2023 _____   Signature _____
                                                          Eugene Kesselman

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**United States Bankruptcy Court**
**Southern District of Florida**

In re   Tantive GIV LLC _____   Case No. _____

                                         Debtor(s)            Chapter    11 _____

# VERIFICATION OF CREDITOR MATRIX

I, the CEO of Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   August 24, 2023 _____          _____

                                                    Eugene Kesselman/CEO of Managing Member
                                                    Signer/Title

```
Prime Jet Charter US
8123 InterPort Blvd. Suite H
Englewood, CO 80112


Prime Jet US LLC
8123 Interport Blvd., Suite H
Englewood, CO 80112


TAP JETS Holdings, Inc.
7270 NW 12th Street Suite 760
Miami, FL 33126


TapJets Holdings, Inc.
7270 NW 12th Street Suite 760
Miami, FL 33126


TapJets Inc.
3707 Cypress Creek Parkway Suite 103
Houston, FL 77168


TapJets, Inc.
3707 Cypress Creek Parkway Suite 103
Houston, TX 77068


Techno Coatings, Inc.
1865 NE 144th Street, North
Miami, FL 33181


Wisetouch Interiors, Inc.
12815 NW 45th Ave Unit 1
Opa Locka, FL 33054
```

# UNITED STATES BANKRUPTCY COURT

Southern District of Florida
www.flsb.uscourts.gov

In Re:
Tantive GIV, LLC

Case Number
Chapter 11

_____ Debtor(s)    /

# DECLARATION UNDER PENALTY OF PERJURY TO ACCOMPANY PETITIONS, SCHEDULES, FILING FEE APPLICATIONS AND STATEMENTS FILED ELECTRONICALLY

*Note: This declaration must be filed with each electronically filed initial petition or amended petition and must contain the imaged signature of the debtor. This declaration must also be filed with an initial schedule, Application to Pay Filing Fee in Installments, Application for Waiver of the Chapter 7 Filing Fee, SFA, Statement of Social Security Number, or Statement of Current Monthly Income (OBF 22) not filed with the initial petition or any amended schedules, SFA, Statement of Social Security Number, and/or Statement of Current Monthly Income (OBF 22) unless these documents contain an imaged signature of the debtor(s).*

**Check all documents that apply to this declaration**

☐ Application by Individual Debtor to Pay Filing Fee in Installments
☒ Voluntary petition signed by me on  August 24, 2023
☒ Schedules signed by me on  August 24, 2023
☒ Statement for Financial Affairs signed by me on  August 24, 2023
☐ Statement of Social Security Number(s) signed by me on
☐ Statement of *Current Monthly Income (OBF 22)* signed by me on

☐ Application for Waiver of the Chapter 7 Filing Fee for Individuals Who Cannot Pay the Filing Fee in Full or in Installments
☐ Amended voluntary petition signed by me on
☐ Amended schedules signed by me on
☐ Amended Statement of Financial Affairs signed by me on
☐ Amended Statement of Social Security Number(s) signed by me on
☐ Amended Statement of *Current Monthly Income (OBF 22)* signed by me on

I, _____Eugene Kesselman_____, the undersigned debtor(s) **hereby declare under penalty of perjury as follows:**

1.    I have reviewed and signed the original(s) of the document(s) identified above and the information contained in the Verified Document(s) is true and correct to the best of my knowledge and belief.

2.    I understand that Verified Document(s) filed in electronic form shall be treated for all purposes (both civil and criminal, including penalties of perjury) in the same manner as though signed or subscribed.

3.    I understand that the Verified Document(s) will be filed by my attorney in electronic form in connection with the above captioned case and that I have received and reviewed copies of the Verified Document(s) I have signed.

4.    I understand that my attorney is required by the court to retain the original signed Verified Document(s) for five years from date of discharge, dismissal or the conclusion of any pending appeals in this case and provide these documents to the court upon request at any time.

_____
**Signature of Debtor**
**(If non individual, authorized corporate representative)**

_____
**Signature of Joint Debtor (if applicable)**

Eugene Kesselman
**Print or Type Name (and title if applicable)**

_____
**Print Name**

Brett Lieberman
**Print or Type Name of Attorney for Debtor**

305-768-9909
**Phone:**

## WRITTEN CONSENT OF THE SOLE MEMBER OF
## Tantive Giv, LLC

Through this Written Consent of the Sole Member of Tantive Giv, LLC ("Tantive"), Tap Jets Holdings, LLC ("Member"), on August 23 2023, the following resolutions have been adopted by Member, the Sole Member of Tantive:

**BE IT RESOLVED** that notwithstanding any term(s) or provision(s) (the "Other Provisions") of any agreement(s) or understanding(s) to the contrary to which Tantive is a party, whether written or verbal ("Other Agreements"), and to the extent there are any such Other Provisions or Other Agreements, these resolutions shall hereby control, supersede and replace such Other Provisions, and any such Other Agreements are hereby modified to reflect the terms and provisions set forth in these resolutions.

**BE IT FURTHER RESOLVED** that Tantive authorizes and empowers Eugene Kesselman  (the foregoing an "Authorized Officer") to file a voluntary Petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of Florida (Miami Division) on behalf of Tantive, which filing is hereby approved (the "Chapter 11 Proceedings"); and

**BE IT FURTHER RESOLVED** that the Authorized Officer is hereby authorized and directed, in the name of Tantive and on its behalf, to seek such orders from the Bankruptcy Court, including without limitation, orders regarding the operation of the business and the financing thereof, as any of them may deem necessary or advisable during the pendency of the Chapter 11 Proceedings, including taking any and all action necessary to comply with the duties and obligations of Tantive under and related to the Bankruptcy Code, and in connection therewith, to execute and file with the Bankruptcy Court such motions, applications, pleadings, certifications, affidavits or other materials, including a disclosure statement and plan of reorganization, as any Authorized Officer may deem necessary or advisable and to retain all assistance from legal counsel, accountants, consultants and other professionals, and to take any and all actions, as they, or any one of them, deem necessary or advisable with respect to the Chapter 11 Proceedings; and

**BE IT FURTHER RESOLVED**, that the Authorized Officer of Tantive is hereby authorized to immediately take any and all actions necessary to effectuate an orderly and efficient bankruptcy filing so as to maximize the value of such assets for the benefit of creditors in the Chapter 11 Proceedings; and

**BE IT FURTHER RESOLVED** that Tantive, through its Authorized Officer, is authorized (i) to retain the law firm of Edelboim Lieberman Revah PLLC ("ELRO") as general bankruptcy counsel to render legal services to and to represent Tantive in connection with the Chapter 11 Proceedings and any other matters in connection therewith, including without limitation, in the preparation and prosecution of the Chapter 11 case and all proceedings arising out of or related thereto upon such terms as set forth in the Engagement Agreement; and (ii) subject to Bankruptcy Court of approval to retain on behalf of Tantive, such other professionals that the Authorized Officer deems necessary or advisable to represent or assist Tantive as is necessary in connection with the Chapter 11 Proceedings upon such terms as are necessary; and

**BE IT FURTHER RESOLVED** that Tantive is hereby authorized to pay ELRO a retainer $75,000.00 for bankruptcy costs and services (the "Bankruptcy Retainer"), plus such other amounts as set forth in the Engagement Agreement and as authorized by the United States Bankruptcy Court; and

**BE IT FURTHER RESOLVED** that Tantive is hereby authorized to borrow $75,000.00 to make the Bankruptcy Retainer; and

**BE IT FURTHER RESOLVED**, that the Authorized Officer of Tantive is hereby authorized, empowered and directed to do all things and to take all actions which such officer may deem necessary or advisable to accomplish the purposes and intent of the foregoing resolutions; and

**BE IT FURTHER RESOLVED,** that any and all actions previously taken by any director, member, manager, officer, employee or agent of Tantive regarding or related to Tantive's liquidation and/or restructuring or the subject matter of any and all of the foregoing resolutions are hereby ratified, confirmed and approved in all respects; and

**BE IT FURTHER RESOLVED** that the foregoing resolutions shall be effective as of the 24th day of August, 2023.


Tantive Giv, LLC

By: TapJets Holdings, Inc., its Managing Member

By: _____    Date: _August 24, 2023_____

Eugen Kesselman, CEO of the Managing Member